IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY REDMOND,** | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | :CIVIL ACTION NO. 19-00317-WS-B |
| | : |
| **SACRED HEART HEALTH SYSTEM, INC.,** | : |
| d/b/a/ Bay Medical Center, *et al*. | : |
| | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's action is **DISMISSED** without prejudice for failure to prosecute this action and to comply with the Court's Orders.

**DONE** this **22nd** day of **October, 2019.**

s/William H. Steele
**UNITED STATES DISTRICT JUDGE**